UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE HILLER, on behalf of herself and all others similarly situated, | ) ) ) | CASE NO. 1:21-cv-01045 |
| Plaintiff, | ) ) ) | JUDGE PAMELA A. BARKER |
| vs. | ) ) ) | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN JR. |
| RUBY TUESDAY, INC. AND RUBY TUESDAY OPERATIONS, LLC | ) ) ) | **NOTICE OF FILING CONSENT FORMS** |
| Defendant. | ) | |

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit their Consent Forms to become Party Plaintiffs in the above-captioned collective action:

1. Nicole Childers Backus
2. Mikala Baker
3. Alexia Beekman
4. Lindsey Brent
5. Sherley Cam
6. Angel Faircloth
7. Sophia Loren Giles
8. Sharee Grissom
9. Dashawn Hiett
10. Michelle Hiller
11. Emily Huber
12. Breanne Martin
13. Skylar McQueen
14. Melissa Melchioree
15. Amber Dawn Morris
16. Ashley-Claudia Paillere
17. Allyson Piszcz
18. Courtney Ricket
19. Lauren Scott
20. Kimberly Stetson
21. Tara Teichmann

Respectfully submitted,

 /s/ Lori M. Griffin
Lori M. Griffin (0085241)
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
lori@lazzarolawfirm.com
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, a copy of the foregoing *Notice of Filing Consent Forms* was filed electronically. Service will be made on Ruby Tuesday, Inc., and Ruby Tuesday Operations, LLC, c/o Statutory Agent CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, Ohio 43219 with summons and complaint.

 /s/ Lori M. Griffin
One of the Attorneys for Plaintiff