UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| MICHELLE HILLER, on Behalf of | CASE NO. 1:21-cv-01045 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| v. | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN JR. |
| RUBY TUESDAY, INC. and RUBY TUESDAY OPERATIONS, LLC | |
| Defendants. | |

## **NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Michelle Hiller files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and would respectfully show the Court the following:

I.

1. Plaintiff filed her Complaint May 19, 2021. (Dkt. 1). To date, Defendants have not filed an Answer or Motion for Summary Judgment.

2. This case is not governed by any federal statute that requires a court order for dismissal of the case.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4. This dismissal is without prejudice.

5. All costs and fees accrued to date shall borne by the party incurring the same.

Respectfully submitted,

 */s/* Lori M. Griffin
Anthony J. Lazzaro (0077962)
Chastity L. Christy (0076977)
Lori M. Griffin (0085241)
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
chastity@lazzarolawfirm.com
lori@lazzarolawfirm.com

Don J. Foty
HODGES & FOTY, L.L.P.
Texas State Bar No. 24050022
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dfoty@hftrialfirm.com

Attorneys for Plaintiff and Class Members

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

 */s/* Lori M. Griffin
One of the Attorneys for Plaintiff