IT IS SO ORDERED.
s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE
6/11/2021

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| MICHELLE HILLER, on Behalf of | ) | CASE NO. 1:21-cv-01045 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE WILLIAM H. BAUGHMAN JR. |
| | ) | |
| RUBY TUESDAY, INC. and RUBY TUESDAY OPERATIONS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)

Plaintiff Michelle Hiller files this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and would respectfully show the Court the following:

I.

1. Plaintiff filed her Complaint May 19, 2021. (Dkt. 1). To date, Defendants have not filed an Answer or Motion for Summary Judgment.

2. This case is not governed by any federal statute that requires a court order for dismissal of the case.

3. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4. This dismissal is without prejudice.

5. All costs and fees accrued to date shall borne by the party incurring the same.